BYNUM *v.* STATE OF INDIANA.

[No. 18,403. Filed October 28, 1953. Decided on merits by Supreme Court on April 22, 1954.]

See ante p. 530.

From the Juvenile Court of Marion County, *Joseph O. Hoffman,* Judge.

*P. L. Harden* and *Howard R. Hooper,* of Indianapolis, for appellant.

*Edwin K. Steers,* Attorney General, and *Carl Humble,* Deputy Attorney General, for appellee.

KELLEY, J.—The facts in this case being identical with those in the case of Tommie Bynum v. The State of Indiana, No. 18,402, with the exception of the name

of the female child, this cause is transferred to the Supreme Court for the reasons set forth in the opinion in No. 18,402.

NOTE.—Reported in 114 N. E. 2d 887.